# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant to Revoke Supervised Release



☒ FILED   ☐ LODGED
**Sep 08 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**T-SEALED**

| | | |
|---|---|---|
| Name of Offender: | **Ibrahim Al-Amreeki** | Case No.: **CR-23-50159-001-PHX-DLR** |
| Name of Judicial Officer: | **The Honorable Douglas L. Rayes**<br>**United States District Judge** | |
| Date of Original Sentence: | **7/8/2022** | |
| Original Offense: | **Count 1: Interstate Communications - Threats, 18 U.S.C. § 875(c), a Class D Felony** | |
| Original Sentence: | **24 months Bureau of Prisons, 36 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **3/30/2023**<br>Date Supervision Expires: **3/29/2026** |
| Assistant U.S. Attorney: | **Brian E. Kasprzyk**<br>602-514-7500 | Defense Attorney: **To Be Assigned** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Ibrahim Al-Amreeki has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>Al-Amreeki has not stayed at his approved residence since August 31, 2023, as evidenced by probation officer testimony. His whereabouts is unknown. Grade C violation. §7B1.1(a)(3). |
| B | **Standard Condition #9** which states, If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>On July 8, 2023, Al-Amreeki had contact with the Flagstaff Police Department and failed |

Page 2
RE:  Ibrahim Al-Amreeki
Petition to Revoke Supervised Release
September 07, 2023

        to notify the probation officer of the contact within 72 hours, as evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3).

C        **Special Condition #4 (from modification order)** which states, You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer.  You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer.

        On June 6, 2023, Al-Amreeki was unsuccessfully discharged from Working Alternatives, a residential reentry center, as evidenced by probation officer testimony and Working Alternatives, Inc. discharge summary dated June 6, 2023. Grade C violation §7B1.1(a)(3).

D        **Special Condition #5 (from modification order)** which states, You must not use or possess alcohol or alcoholic beverages.

        1) On July 8, 2023, Al-Amreeki consumed alcohol, as evidenced by probation officer testimony. Grade C violation §7B1.1(a)(3).

        2) On July 11, 2023, Al-Amreeki possessed and consumed alcohol, as evidenced by probation officer testimony. Grade C violation §7B1.1(a)(3).

E        **Special Condition #9 (from original Judgment)** which states, You shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

        On September 4, 2023, Al-Amreeki failed to submit a urine sample, as evidenced by probation officer testimony and Averhealth test history. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Ibrahim Al-Amreeki has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Ibrahim Al-Amreeki's whereabouts is unknown.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

Page 3
RE:  Ibrahim Al-Amreeki
Petition to Revoke Supervised Release
September 07, 2023

_____  9/7/2023
Carrie Valdivia                Date
Senior U.S. Probation Officer
Office:  928-286-5775
Cell:  928-380-4592


_____ FOR      9/7/2023
Leslie Q. Cooper               Date
Supervisory U.S. Probation Officer
Office:  928-286-5757
Cell:  928-225-5163


The Court Orders

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other


_____  9/8/2023
The Honorable Douglas L. Rayes  Date
United States District Judge