AO 442 (Rev. 11/11) Arrest Warrant

| FILED | LODGED |
|---|---|
| ✗ RECEIVED | COPY |

DEC 11 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Ibrahim Al-Amreeki

*Defendant*

Case No. CR-23-50159-001-PHX-DLR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Ibrahim Al-Amreeki**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

_____
*Issuing officer's signature*

City and state:    Phoenix, Arizona

ISSUED ON 2:18 pm, Sep 08, 2023
s/ Debra D. Lucas, Clerk

Robert Vasquez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/2023, and the person was arrested on *(date)* 12/9/2023
at *(city and state)* Tucson AZ.

Date: 12/11/2023

by: _____
*Arresting officer's signature*
arrested by U of A P.D.

_____
*Printed name and title*

cc: Prob