**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Ibrahim Al-Amreeki,<br>USMS # 54031-509<br><br>                Defendant. | No. CR-23-50159-001-PHX-DLR<br><br>**ORDER** |

A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation D(2) of the petition (a violation of Special Condition #5 of Supervised Release). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3553 and finds as follows:

      **IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

      **IT IS ORDERED** that defendant is committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS**.

      **IT IS FURTHER ORDERED** upon release from the Bureau of Prisons, the defendant shall be placed on Supervised Release for a term of **TWENTY-FOUR (24) MONTHS**.

While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision adopted by this Court in General Order 17-18. Of particular importance, the defendant shall not commit another federal, state, or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances. Within 72 hours of release from the custody of the Bureau of Prisons the defendant shall report in person to the Probation Office in the district to which the defendant is released. The defendant shall comply with the following special conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

4. You must participate in a mental health assessment and participate in outpatient. mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

5. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living

environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer.

6. You must not contact the following victim, W.M. and the probation officer will verify compliance.

7. You must not use or possess alcohol or alcoholic beverages.

8. To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.

9. You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. Failure to submit to a search may be ground for revocation of release. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. Any search will be conducted at a reasonable time and in a reasonable manner.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

///

///

1  Defendant is advised of the right to appeal within 14 days.

2  Dated this 5th day of February, 2024.

_____
Douglas L. Rayes
United States District Judge