**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** March 6, 2025 |
| **USA v. Ibrahim Al-Amreeki** | **Case Number:** CR-23-50159-001-PHX-DLR |

**Assistant U.S. Attorney:** Dimitra Sampson for Brian E. Kasprzyk
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE – REVOCATION HEARING HELD RE: PETITION FOR VIOLATION OF SUPERVISED RELEASE**
**Date of Arrest:** March 5, 2025
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
☒ Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
Defendant  ☐ ADMITS   ☒ DENIES allegation (s) set forth in the Petition

OTHER: Petition to Revoke shall be unsealed.

**DETENTION HEARING**     ☐ Held  ☐ Continued  ☒ Submitted  ☐ UA
☒ Defendant Ordered detained pending disposition as both a flight risk and a danger.

**PRELIMINARY REVOCATION HEARING**  ☐ Held  ☐ Continued  ☐ Submitted  ☒ Waived
☒ Probable cause found   ☐ Dismissed   ☒ Held to answer before District Court

Counsel are instructed to complete and file the "Consent of Defendant" form prior to the Admit/Deny Hearing. The form is now available on the District of Arizona Website under "Rules, General Orders & Forms: Consent of Defendant."  If counsel are unable to file the form prior to the hearing, they are permitted to submit the form to the Magistrate Courtroom Clerk prior to the hearing.

**Admit/Deny Hearing** set for Thursday, March 20, 2025, at 10:15 a.m. before Magistrate Judge Michael T. Morrissey in courtroom 304, 401 West Washington Street, Phoenix, Arizona

| | |
|---|---|
| **Recorded By** Courtsmart | IA    3 min |
| **Deputy Clerk** Christina Davison | PH    1 min |
| | DH    1 min |
| | **Start:** 10:55 am |
| | **Stop:** 11:00 am |