# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-50159-001-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Ibrahim Al-Amreeki, USMS # 54031-509 | |
| Defendant. | |

A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation A of the petition (a violation of Standard Condition #2 of Supervised Release). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3553 and finds as follows:

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

**IT IS ORDERED** that defendant is committed to the custody of the Bureau of Prisons for a term of **TWELVE (12) MONTHS AND ONE (1) DAY.** No term of supervised release to follow.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

Defendant is advised of the right to appeal within 14 days.

Dated this 2nd day of July, 2025.

_____
Douglas L. Rayes
Senior United States District Judge